Judge John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-0031 |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER |
| | ) | OF FORFEITURE |
| v. | ) | |
| | ) | |
| FINN W. CONTINI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 32.2, Federal Rules of Criminal Procedure, and based upon the guilty plea of FINN W. CONTINI to an Information charging him with conspiring to commit mail fraud in violation of Title 18, United States Code, Sections 371, 1341 and 1346 and money laundering in violation of Title 18, United States Code, Section 1957 and upon the plea agreement filed in this matter between Finn W. Contini and the United States, it is hereby

ORDERED, ADJUDGED and DECREED that pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982 (a)(1) and Title 28 United States Code, Section 2461(c), Finn W. Contini's interest in the following properties is forfeited to the United States of America:

    (a)    2003 Toyota Highlander;

    (b)    2001 Honda Civic;

    (c)    Real property, together with its buildings, appurtenances, fixtures,

PRELIMINARY ORDER OF FORFEITURE - 1
(CR05-0031)

1  attachments and easements, located at 7323 NE Old Redmond Rd, Unit B3, Redmond, Washington,

2  more particularly described as follows:

        Unit 3, Building B, Manhattan Square, a Condominium, according to the Condominium Declaration recorded under recording number 980213054 and amendments thereto, if any, and in Volume 122 of Condominiums, Pages 64 through 72, inclusive, in King County, Washington

        Parcel ID: 5071800030

(d)  Real property, together with its buildings, appurtenances, fixtures, attachments and easements, located at 7323 NE Old Redmond Rd, Unit D8, Redmond, Washington, more particularly described as follows:

        Unit 8, Building D of Manhattan Square, a condominium and use of limited common elements, if any, recorded in Volume 122 of Condominiums, Pages 64 through 72, inclusive, according to the Declaration thereof recorded under King County recording no.950130548; and any amendments thereto.

        Parcel ID: 5071800080;

(e)  Real property, together with its buildings, appurtenances, fixtures, attachments and easements, located at 5245 238th Lane SE, Issaquah, Washington, more particularly described as follows:

        Unit 3, building 9, Summerhill Village, a condominium, according to declaration thereof recorded under King County recording no. 19990709000328, and amendment(s) thereto, Said unit is located on

survey map and plans filed in volume 157 of condominiums, at pages

62 through 70, records of King County, Washington

Subject to easements, reservations, covenants, conditions, restrictions and agreements

of records, if any

Parcel ID: 807865-0510-05;

(f) Real property, together with its buildings, appurtenances, fixtures, attachments and easements, located at 121 NW Bond St., Bend, Oregon, more particularly described as follows:

The North half of Lots Five (5) and Six (6) in Block Seven (7) of

Deschutes, in the City of Bend, Deschutes County, Oregon

Parcel ID: 104339;

(g) All gold and silver coins, bars and nuggets listed in Attachment A and

(h) All currency and funds listed in Attachment A.

IT IS FURTHER ORDERED that the United States Internal Revenue Service shall seize the above-described properties and maintain such seized properties in its custody and control until further order of this Court, or until this Order becomes final pursuant to Federal Rule of Criminal Procedure 32.2(c)(2).

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n), the United States shall publish notice of the Preliminary Order of Forfeiture and of the United States' intent to dispose of the properties in accordance with law. The notice shall run for one (1) day each week for three (3) consecutive weeks in the Daily Journal of Commerce and/or any other appropriate newspaper of general circulation. The notice shall state that any person, other than the defendant, having or claiming a legal interest in the properties described above must file a petition with the Court

within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

The notice shall advise such interested person that:

1. the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in such properties;

2. the petition shall be signed by the petitioner under penalty of perjury; and

3. the petition shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited properties. The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States shall also, to the extent possible, provide direct written notice as a substitute for the published notice to any person known to have alleged an interest in the properties described above, that are the subject of this Preliminary Order of Forfeiture. Upon adjudication of any third-party claims, this court will enter a Final Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(c)(2), in which all such claims will be addressed.

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. Based upon the plea agreement and the guilty plea entered by the defendant herein, the Court finds that the defendant had an interest in the forfeited properties. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture as provided by Rule 32.2(c)(2), Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that after the disposition of any motion filed under Rule 32.2(c)(1)(A), Federal Rules of Criminal Procedure, and before a hearing on any third party petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing

1  that such discovery is necessary or desirable to resolve factual issues.

2      IT IS FURTHER ORDERED that the United States shall have clear title to the properties listed above following the Court's disposition of all third party interests, or, if none, following the expiration of the period provided in Title 21, United States Code, Section 853(n) for the filing of third party petitions.

    IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e), Federal Rules of Criminal Procedure.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

PRELIMINARY ORDER OF FORFEITURE - 5
(CR05-0031)

The clerk of the Court is directed to send a copy of this Preliminary Order of Forfeiture to all counsel of record and twenty four (24) "raised seal" certified copies to the United States Attorney's Office in Seattle, Washington.

DATED: This __7th__ day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

 s/Katheryn Kim Frierson
KATHERYN KIM FRIERSON
Assistant United States Attorney


 s/Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney


 s/Ralph Hurvitz
RALPH HURVITZ
Attorney for Defendant


 s/Finn W. Contini
FINN W. CONTINI
Defendant

PRELIMINARY ORDER OF FORFEITURE - 6
(CR05-0031)

**Attachment A**

Three 10 ounce silver bars
Thirteen 10 ounce silver bars
Two hundred 1 ounce silver coins
Two 1 ounce silver coins
One 1 ounce silver coin
Forty nine 1 ounce gold coins
$27,008.10 from Group Health Credit Union Account Number 110326
$6,000.00 US Currency from First Mutual Bank bag
$100.00 in US Currency from box with collector coins
$9,700.00 in US Currency from Brinks Box envelope
$79,000.00 in US Currency from Brinks Box
Thomas Kinkade print
$5,000.00 cashier's check number 126427 from First Mutual Bank
$62,334.46 from First Mutual Bank Account Number 011-200336-03
$102.56 from First Mutual Bank Account Number 011-160031-08

PRELIMINARY ORDER OF FORFEITURE - 7
(CR05-0031)