UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FINN W. CONTINI,<br><br>　　　　　Defendant. | CASE NO. CR05-0031C<br><br>ORDER |

This matter comes before the Court on Defendant's motion for a thirty-day continuance of his self-reporting date (Dkt. No. 84). The United States Bureau of Prisons has directed Defendant to report to FCI Lompoc by December 27, 2005, to commence his forty-eight-month prison sentence. Defendant argues that this designation ignores the Court's recommendation that he serve at FMC Rochester or MCFP Springfield, and indicates that the Bureau has not taken into account his serious medical conditions. He further argues that delaying his reporting date by thirty days will allow him to discern why and how the Bureau reached its designation decision. The government has informed the Court that it does not oppose Defendant's motion.

//

//

ORDER – 1

1    Accordingly, Defendant's motion is GRANTED. The Court ORDERS that Defendant be
2 required to self report for the commencement of his sentence no earlier than January 27, 2006.
3    SO ORDERED this 22nd day of December, 2005.

*/s/ John C. Coughenour*

UNITED STATES DISTRICT JUDGE

ORDER – 2