THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br>FINN W. CONTINI,<br><br>　　　　　Defendant,<br>and<br>Nancy Condy,<br><br>　　　　　Petitioner. | CASE NO. CR05-0031-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on motion of Plaintiff, United States of America, for dismissal of the forfeiture proceedings as to one Honda Civic with VIN: 1HGES16521L027310 (Dkt. No. 52) and for the release and return of said vehicle to Petitioner Nancy Condy. Having considered the representation of counsel and the files and records herein, the Court hereby ORDERS as follows:

1. The forfeiture proceedings as to the above-listed 2001 Honda Civic are hereby DISMISSED; and

MINUTE ORDER CR05-0031-JCC
PAGE - 1

2. The United States of America, the United States Department of Treasury, and their agents and/or representatives are hereby DIRECTED to return the above-listed 2001 Honda Civic to Petitioner Nancy Condy, with the United States bearing all costs of storage.

DATED this 1st day of September 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk